CATHRYN GAVIN, as Administratrix of the Estate of DAVID J. GAVIN, Deceased, Appellant, *v.* EUGENE MALHERBE, Defendant, and JOSEPH SCHASNICK, JR., Respondent.

(Argued January 10, 1934; decided February 27, 1934.)

*Herman A. Gray, Moses Kaplan* and *Louis Lazarus* for appellant.

*Jean A. Keller* and *William Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.